**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| David Bryant and Andrea Bryant, individually and as husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>The City of Goodyear, et al.,<br><br>Defendants. | No. CV-12-00319-PHX-JAT<br><br>**ORDER** |
|---|---|

Pending before the Court is Plaintiffs' Motion to Exceed Page Limit (Doc. 120). The Court finds Plaintiffs have not shown good cause for an extension of the page limit. Accordingly,

**IT IS ORDERED** denying Plaintiffs' Motion to Exceed Page Limit (Doc. 120).

**IT IS FURTHER ORDERED** that Plaintiffs shall file on or before February 26, 2014 a Response to Defendants' Motion for Summary Judgment that complies with the page limit.

Dated this 21st day of February, 2014.

_____
James A. Teilborg
Senior United States District Judge